JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION (LOS ANGELES)

| | |
|---|---|
| DISTRIBUIDORA LIMENA INC., <br><br> Plaintiff, <br><br> v. <br><br> DEL VALLE IMPORT & EXPORT 3, INC., d/b/a EL PROGRESO IMPORT INC., <br><br> Defendants. | Case No.: 2:21-cv-03548-SB-JC <br><br> *Assigned to Hon. Stanley Blumenfeld, Jr.* <br><br> **ORDER FOR DISMISSAL WITH PREJUDICE** <br><br> Action Filed: April 26, 2021 <br> Trial Date: Not set. |

**ORDER**

This stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice. Each party will bear its own attorney's fees and costs.

Dated: August 12, 2021

_____
HON. STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT COURT